**Order entered December 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01054-CV

**ANTONIO CABALLERO, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04357**

## ORDER
Before Justices Pedersen III, Reichek, and Carlyle

Before the Court are appellant's November 26, 2019 motion to extend time to file a motion for rehearing, appellant's amended motion emergency motion for reconsideration of order dismissing case received by the Court on November 26, 2019, and appellee's November 26, 2019 response in opposition to appellant's emergency motion for reconsideration. Appellant attached a copy of an email payment confirmation from the Dallas County District Clerk dated October 18, 2019 to his motion for rehearing.

We **GRANT** appellant's motion to extend time to file a motion for rehearing and **ORDER** the amended motion for reconsideration for rehearing received on November 26, 2019 filed as of that date.

We **GRANT** appellant's amended motion for rehearing, **VACATE** our opinion and judgment on November 6, 2019, and **REINSTATE** this appeal.

Finally, because appellant has provided the Court with proof of payment for the clerk's record in this case, we **ORDER** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk of the Court to send copies of this order to Felicia Pitre, Dallas County District Court, and all parties.

/s/     AMANDA L. REICHEK
        JUSTICE